## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lindberg, Ronald

Printed: 10/29/08

Case Number:  08 B 12328
Judge:  Wedoff, Eugene R
Filed:  5/15/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  October 2, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 523.20 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 488.67 |
| Trustee Fee: |  | 34.53 |
| Other Funds: |  | 0.00 |
| Totals: | 523.20 | 523.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,373.00 | 488.67 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 20,687.72 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 562.51 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 550.00 | 0.00 |
| 6. | RMI/MCSI | Unsecured |  | No Claim Filed |
| 7. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 8. | CBCS | Unsecured |  | No Claim Filed |
| 9. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 10. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 11. | Credit Systems International | Unsecured |  | No Claim Filed |
| 12. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 13. | Diversified Collection Service | Unsecured |  | No Claim Filed |
| 14. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 15. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 16. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 18. | Medical Collections | Unsecured |  | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 20. | CBCS | Unsecured |  | No Claim Filed |
| 21. | MRSI | Unsecured |  | No Claim Filed |
| 22. | MRSI | Unsecured |  | No Claim Filed |
| 23. | MRSI | Unsecured |  | No Claim Filed |
| 24. | MRSI | Unsecured |  | No Claim Filed |
| 25. | MRSI | Unsecured |  | No Claim Filed |
| 26. | MRSI | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lindberg, Ronald

Printed: 10/29/08

Case Number:  08 B 12328
Judge:  Wedoff, Eugene R
Filed:  5/15/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Medical Collections | Unsecured | | No Claim Filed |
| 28. | MRSI | Unsecured | | No Claim Filed |
| 29. | RMI/MCSI | Unsecured | | No Claim Filed |
| 30. | MRSI | Unsecured | | No Claim Filed |
| 31. | MRSI | Unsecured | | No Claim Filed |
| 32. | RMI/MCSI | Unsecured | | No Claim Filed |
| 33. | RMI/MCSI | Unsecured | | No Claim Filed |
| 34. | CB USA | Unsecured | | No Claim Filed |
| | | | $ 24,173.23 | $ 488.67 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 34.53 |
| | $ 34.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

